**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fernando SALAZAR–GALLARDO,
Defendant–Appellant.**

**No. 09–50077.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Michelle Montgomery Pettit, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Shaffy Moeel, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

### MEMORANDUM **

Fernando Salazar–Gallardo appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Salazar–Gallardo alleges that *Almendarez–Torres v. United States*, 523 U.S. 224, 227, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), was effectively overruled or limited by the doctrine of avoidance of constitutional doubt, and 8 U.S.C. § 1326(b) is unconstitutional. Salazar–Gallardo concedes that his contentions are foreclosed by our prior decisions, *see United States v. Grisel*, 488 F.3d 844, 847 (9th Cir.2007) (en banc) (holding that the date of a prior conviction is part of the "fact" of a prior conviction for *Apprendi* purposes); *United States v. Salazar–Lopez*, 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Maciel–Vasquez*, 458 F.3d 994, 995–96 (9th Cir.2006) (holding that 8 U.S.C. § 1326(b)(2) is constitutional), and that he raises them to preserve them for potential future review.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.